IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRETT BUEHLHORN                                                                                                    PLAINTIFF
ADC #152086

v.                                                    4:17CV00193-JM-JJV

FAULKNER COUNTY
DETENTION CENTER; *et al.*                                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendant Faulkner County Detention Center is DISMISSED without prejudice due to Plaintiff's failure to state a viable claim against it.

DATED this 18th day of April, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE