IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LYNN STOPNICK
(F/K/A BRETT BUEHLHORN)                                                PLAINTIFF
ADC #152086

v.                                            4:17CV00193-JM-JJV

FAULKNER COUNTY
DETENTION CENTER; *et al.*                                             DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. Plaintiff objected on the basis that the Faulkner County Detention Center did not follow their policy of keeping a paper trail of grievances and responses but rather used an electronic process whereby a detainee filed a grievance electronically on a kiosk and did not receive a hard copy. Regardless, Plaintiff utilized the grievance procedure employed by the Faulkner County Detention Center for numerous grievances during the course of her detention as evidenced by the printout attached to Defendant's Statement of Facts (Docn No. 21-1), but she did not file a grievance regarding being made to strip in front of male officers and being denied adequate access to water. Therefore, after carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Defendants' Motion for Partial Summary Judgment for Failure to Exhaust Administrative Remedies (Doc. No. 19) is GRANTED.

2.  Plaintiff's claims regarding being made to strip in front of male officers and being denied adequate access to water are DISMISSED without prejudice for failure to exhaust

administrative remedies.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

THE CLERK IS DIRCTED to change the name of Plaintiff from Brett Buelhorn to Lynn Stopnick pursuant to the order of the Hot Springs Circuit Court attached to Plaintiff's notice filed on July 19, 2017 (Docket No. 24)

DATED this 20th day of July, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE