IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LYNN STOPNICK                                                                         PLAINTIFF

v.                             4:17CV00193-JM

FAULKNER COUNTY
DETENTION CENTER; *et al.*                                     DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 32) is GRANTED.

2. Plaintiff's remaining claims against Defendants Huffman and Stewart are DISMISSED with prejudice.

3. Plaintiff's Complaint (Doc. No. 2) is DISMISSED.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 18th day of January, 2018.

                                                        _____
                                                        JAMES M. MOODY, JR.
                                                        UNITED STATES DISTRICT JUDGE